# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM INC., <br><br> Plaintiff, <br><br> v. <br><br> HUSSAIN MOHAMED ALFARH, <br><br> Defendant. | Case No. 1:18-cv-00382-DAD-EPG <br><br> ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE <br><br> (ECF No. 16) |

On August 24, 2018, Plaintiff Sream, Inc., filed a notice of voluntary dismissal without prejudice. (ECF No. 16.) Defendants have not filed an answer or a motion for summary judgment. In light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 27, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1